Case 4:17-cv-03273   Document 17   Filed on 11/06/18 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 07, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| YILMAZ DOKUYUCU, <br> Plaintiff | § § § | |
| v. | § § | CIVIL ACTION NO. 4:17-cv-3273 |
| HARTFORD INSURANCE COMPANY <br> OF THE MIDWEST, <br> Defendant. | § § § § | |

## ORDER OF DISMISSAL

On this day came to be heard the Joint Motion to Dismiss of Plaintiff Yilmaz Dokuyucu and Defendant Hartford Insurance Company of the Midwest in the above-entitled and numbered cause, seeking dismissal of this case with prejudice. The Court finds that the claims and defenses in the lawsuit have been fully and finally settled by written agreement.

IT IS, THEREFORE, ORDERED that the claims and defenses by and between Plaintiff Yilmaz Dokuyucu and Defendant Hartford Insurance Company of the Midwest are hereby dismissed *with prejudice* to the right of any of these parties to refile same or any part thereof.

IT IS FURTHER ORDERED that costs of court are to be taxed against the party incurring such costs.

SIGNED this 6 day of November, 2018.

_____
JUDGE PRESIDING